[No. 14803–6–I. Division One. August 19, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. KIRSTEN REBECCA DORAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 84–8–01844–7, Liem E. Tuai, J., entered May 14, 1984. *Dismissed* by unpublished opinion per Swanson, J., concurred in by Scholfield, A.C.J., and Coleman, J.

[No. 14132–5–I. Division One. August 19, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. LOLETIA L. DIONISIOU, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 83–1–00347–9, John E. Rutter, Jr., J., entered December 9, 1983. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Scholfield, A.C.J., and Coleman, J.

[No. 6809–5–II. Division Two. August 21, 1985.]

MAXINE SCHNELL, *Appellant*, v. DALE W. BECKER, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 50146, Frank E. Baker, J., entered December 15, 1982. *Reversed* and *remanded* by unpublished opinion per Alexander, J., concurred in by Worswick, C.J., and Reed, J.